IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. MAERTZ,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>    Defendants. | No. C 12-03035 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendants JPMorgan Chase Bank, N.A. and California Reconveyance Company filed a motion to dismiss this case on July 20, 2012. See dkt. 15. Civil Local Rule 7-3(a) provides that Plaintiff's opposition to that motion was due "not more than 14 days after the motion is served and filed." Plaintiff has failed to file an opposition within the allotted time. Accordingly, Plaintiff is ORDERED to show cause by 12:00 pm on Monday, August 20, 2012 why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: August 13, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3035\osc.wpd