IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. MAERTZ, | No. C 12-03035 CRB |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| JPMORGAN CHASE BANK, et al., | |
| Defendants. | |

Plaintiff William F. Maertz failed to file an opposition to the motion to dismiss filed by Defendants JPMorgan Chase Bank, N.A. and California Reconveyance Company on July 20, 2012. See dkt. 15. Nor did he respond to the Court's Order to Show Cause why his case should not be dismissed for failure to prosecute. See dkt. 19. Accordingly, this case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: August 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3035\order dismissing.wpd