United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. MAERTZ,<br><br>  Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>  Defendants.       / | No. C 12-03035 CRB<br><br>**JUDGMENT** |

  Having dismissed Plaintiff William F. Maertz's case for failure to prosecute, see dkt. 20, the Court hereby enters judgment for Defendants and against Plaintiff.

  **IT IS SO ORDERED.**

Dated: August 22, 2012

                 CHARLES R. BREYER
                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3035\judgment.wpd