IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM F. MAERTZ,

    Plaintiff,

  v.

JPMORGAN CHASE BANK, et al.,

    Defendants.

No. C 12-03035 CRB

**JUDGMENT**

    Having dismissed Plaintiff William F. Maertz's case for failure to prosecute, see dkt. 20, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: August 22, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3035\judgment.wpd